

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

# MEMO ENDORSED

February 21, 2020

BY ECF

Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Application GRANTED. SO ORDERED.

Barbara Moses, U.S.M.J.
February 21, 2020

Re: Shawn P. Lahey v. Saul
19 Civ. 5086 (BCM)

Dear Judge Moses:

The defendant's brief in the above-referenced Social Security case is due February 24, 2020. We write respectfully to request, with the consent of plaintiff's counsel, that the date for the brief, and remaining briefing schedule, be adjourned for two weeks as follows: defendant's motion for judgment on the pleadings by March 9, 2020, and plaintiff's reply, if any, by March 30, 2020. The reason for this request is the length of the administrative record, 2671 pages, including 53 medical evidence exhibits, necessitating additional time to address the facts and issues in this case. The defendant has not previously requested an adjournment in this case. We appreciate the Court's consideration of this request.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By: _____s/ *Susan D. Baird*_____
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
Susan.Baird@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/20

cc: Gary Gogerty, Esq.