

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN P. LAHEY,

        Plaintiff,

-against-

ANDREW M. SAUL, Acting Commissioner of Social Security,

        Defendant.

19-CV-05086 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The oral argument previously scheduled for June 25, 2020 is adjourned to **August 24, 2020, at 11:00 a.m.** In light of rapidly changing public health conditions, counsel should contact chambers one week prior to the argument for information regarding whether the argument will be held remotely and, if so, by what means.

Dated: New York, New York
       June 2, 2020

                             **SO ORDERED**.

                             _____
                             **BARBARA MOSES**
                             **United States Magistrate Judge**.