

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN P. LAHEY,

        Plaintiff,

-against-

ANDREW M. SAUL, Acting Commissioner of Social Security,

        Defendant.

19-CV-05086 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The oral argument previously scheduled for August 24, 2020 is adjourned to **September 22, 2020, at 11:00 a.m.** In light of the ongoing public health emergency, counsel should contact chambers one week prior to the argument for information regarding whether the argument will be held remotely and, if so, by what means.

Dated: New York, New York
       July 31, 2020

                           **SO ORDERED**.

                           _____
                           **BARBARA MOSES**
                           **United States Magistrate Judge**.