

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN P. LAHEY,

       Plaintiff,

-against-

ANDREW M. SAUL, Acting Commissioner of Social Security,

       Defendant.

19-CV-5086 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The oral argument scheduled in this case for **November 4, 2020, at 11:00 a.m.** will be conducted remotely via Skype for Business. Chambers has emailed the required link to the parties. A publicly accessible audio line is available to nonparties, including members of the public and the press, by dialing **(917) 933-2166** and entering the code **516084933**.[1] Nonparties must observe the same decorum as would be expected at an in-person argument, and must mute their telephone lines throughout the proceeding.

Dated: New York, New York
      October 30, 2020

**SO ORDERED**.

_____

**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] If the Court experiences technical difficulties with Skype for Business and is required to transition to its AT&T teleconference line, a publicly accessible audio line will be available to nonparties by dialing (888) 557-8511 and entering the code 7746387.