**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SHAWN P. LAHEY,

                       Plaintiff,                        19 **CIVIL** 5086 (BCM)

          -against-                                  **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,
                       Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Order dated November 4, 2020, plaintiff's motion for judgment on the pleadings Dkt. No. 17 is denied, and the Commissioner's motion for judgment on the pleadings Dkt. No. 22 is granted; accordingly, the case is closed.

**Dated:**  New York, New York
          November 5, 2020

                                                             **RUBY J. KRAJICK**
                                                             _____
                                                               **Clerk of Court**
                                     **BY:**
                                                               _____
                                                                 **Deputy Clerk**